# TAB B

**Fresco, Leon (WAS - X75129)**

| | |
|---|---|
| **From:** | a_foiaacknowledgement@groups.state.gov |
| **Sent:** | Tuesday, August 13, 2024 6:38 PM |
| **To:** | Fresco, Leon (WAS - X75129) |
| **Subject:** | Ref: F-2024-17064, Freedom of Information Act Acknowledgement |

*[External email]*

**\*\*THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.\*\***

Dear Mr. Fresco:

This email acknowledges receipt of your August 1, 2024, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received by the U.S. Department of State, Office of Information Programs and Services on August 1, 2024.

You are seeking a copy of  " F-1 Nonimmigrant visa Refusal Statistics by Post and Nationality for Fiscal year 2023, and Fiscal Year 2024 (year to date)."  Unless you advise otherwise, we will treat as non-responsive any compilations of publicly available news reports and any publicly available documents not created by the U.S. government, such as mass-distribution emails from news media.  This Office assigned your request the subject reference number and placed it in the complex processing track where it will be processed as quickly as possible.  See 22 CFR § 171.12(b).

Also, you requested expedited processing of this request.  According to 22 CFR § 171.11(f), requests shall receive expedited processing when a requester demonstrates a "compelling need" for the information exists for one of the following reasons: (1) failure to obtain the requested information on an expedited basis could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; (2) the information is urgently needed by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal government activity; or (3) failure to release the information would impair substantial due process rights or harm substantial humanitarian interests.  Your request does not demonstrate a "compelling need" for the requested information.  Therefore, this Office denies your request for expedited processing.

If you are not satisfied with this response, you may administratively appeal by writing to:  Appeals Officer, Office of Information Programs and Services (A/GIS/IPS), Room B-266, U.S. Department of State, 2201 C Street, NW, Washington, D.C. 20520; by fax to (202) 485-1669; or by email to [FOIAAppeals@state.gov](mailto:FOIAAppeals@state.gov).  Your appeal must be postmarked or electronically transmitted within 90 days of the date of this email.  Please include a copy of this correspondence with your written appeal and clearly state why you disagree with the determinations set forth in this response.

This Office will not be able to respond within the 20 days provided by the statute due to "unusual circumstances."  See 5 U.S.C. § 552(a)(6)(B)(i)-(iii).  In this instance, the unusual circumstances include the need to search for and collect requested records from other Department offices or Foreign Service posts.

1

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or fax at 202-741-5769.

Sincerely,


*SH for* Brooke Nicholas
Branch Chief
Requester Communications Branch
Requester Liaison Division
Office of Information Programs and Services
U.S. Department of State

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**