# TAB D



United States Department of State

*Washington, D.C. 20520*

August 14, 2024
Case No: A-2024-00548
FOIA Case No: F-2024-17064

Leon Fresco
Holland and Knight
800 17th Street N.W. Suite 1100
Washington, DC 20006

Email: leon.fresco@hklaw.com

Dear Mr. Fresco:

This is in response to your Freedom of Information Act (FOIA) request, dated August 1, 2024, for records pertaining to "F-1 Nonimmigrant Visa Refusal Statistics by Post and Nationality for Fiscal year 2023, and Fiscal Year 2024." Specifically, this letter addresses your appeal, dated August 13, 2024, of the Department of State's denial of expedited processing. We assigned case number A-2024-00548 to your appeal.

We have considered your appeal of the denial of expedited processing. Our published regulations regarding expedition, 22 C.F.R. 171.11(f), require a specific showing of a compelling need. Expedited processing is granted only in the following situations:

(1) Imminent threat to the life or physical safety of an individual;
(2) Urgently needed by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal Government activity; or
(3) Impair substantial due process rights or harm substantial humanitarian interests.

Your request and appeal do not meet the established criteria. Regrettably, I must advise that you have not provided adequate justification for expedited processing, and I must uphold the decision to deny expedited processing. Please be assured that the Department takes its FOIA responsibilities very seriously and we are processing this request in as timely a manner as possible. All appropriate offices have been advised of your interest in this matter.

This represents the Department's final determination on expedited processing and exhausts all administrative remedies available to you. As you may know, you have the right to seek judicial review of this determination under 5 U.S.C. § 552 (a)(4).

If you are not satisfied with the Departments determination in response to your appeal, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA Mediation Services they offer. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS by e-mail at ogis@nara.gov , by telephone at 202-741-5770 or toll free at 1-877-684-6448, by facsimile at 202-741-5769, or by mail at: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, Room 2510, College Park, MD 20740-6001.

For further communications with this office, please contact FOIAStatus@state.gov and include the case number A-2024-00548.

        Sincerely,

        *Jeanne Miller*

        Jeanne Miller
        Chief, Programs and Policies Division
        Office of Information Programs and Services