**Fresco, Leon (WAS - X75129)**

| | |
|---|---|
| **From:** | A_FOIAacknowledgement@groups.state.gov |
| **Sent:** | Wednesday, August 28, 2024 11:18 AM |
| **To:** | Fresco, Leon (WAS - X75129) |
| **Subject:** | Ref: F-2024-16048, Freedom of Information Act Acknowledgement |

*[External email]*

**\*\*THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL\*\***

Dear Mr. Fresco:

This email acknowledges receipt of your August 1, 2024, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received by the U.S. Department of State, Office of Information Programs and Services on August 1, 2024, regarding Specifically, we seek the following information/data: 1. Each year, the State Department publicly releases a document that is titled as: "ADJUSTED REFUSAL RATE - B-VISAS ONLY BY NATIONALITY" See https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/RefusalRates/FY23.pdf We seek the exact same statistics, in the exact same format, but for F-1 student visas. In other words, the numbers that would be provided would be for F-1 Student Visas instead of for B- visitor visas. We seek these statistics for Fiscal Year 2023, and Fiscal Year 2024 (year-to-date) 2. Alternatively, if the data in Request Number 1 cannot be provided—and a lawful explanation is provided as to why this data cannot be provided—we respectfully ask that the State Department then refer to the annual document it publicly releases titled: "Worldwide NIV Workload by Visa Category FY 2023."
See https://travel.state.gov/content/dam/visas/Statistics/NonImmigrantStatistics/NIVWorkload/FY2023%20NIVWorkloadbyVisaCategory.pdf

We would respectfully ask that the State Department then simply disaggregate the "refused" data contained within this document so that it can provide, and make publicly available, by post and nationality, the total number of F-1 student visas that were counted as "refused." As you can see in the linked document below, the State Department already disaggregates the number of F-1 student visas "issued" by post and nationality, but does not similarly disaggregate the number of "refused" F-1 student visas by post and nationality. https://travel.state.gov/content/travel/en/legal/visa-law0/visa-statistics/nonimmigrant-visa-statistics/monthly-nonimmigrant-visa-issuances.html https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/MonthlyNIVIssuances/MAY%202024%20-%20NIV%20Issuances%20by%20Nationality%20and%20Visa%20Class.pdf https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/MonthlyNIVIssuances/MAY%202024%20-%20NIV%20Issuances%20by%20Post%20and%20Visa%20Class.pdf We seek these "refusal" statistics for F-1 student visas for Fiscal Year 2023, and Fiscal Year 2024 (year-to-date). Again, we simply seek data that disaggregates the numbers already contained and publicly reported in the "refused" column so that those numbers can be understood by post and nationality. (Date Range for Record Search: From 10/1/2022 To

10/1/2024).

This Office assigned your request the subject reference number and placed it in the **expedited** processing track where it will be processed as soon as practicable. See 22 CFR § 171.11(h).

If you have any questions regarding your request, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484.

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL**