# Congress of the United States
## Washington, DC 20515

January 24, 2024

The Honorable Antony J. Blinken
Secretary of State
U.S. Department of State
2201 C Street NW
Washington, D.C. 20520

Dear Secretary Blinken:

We co-chairs of the Congressional Caucus on Ghana respectfully write to request a briefing and a plan of action to address disparities that have recently been reported between the student visa adjudication outcomes for students from Africa when compared to the student visa adjudication outcomes for students from other continents.

According to press accounts, based on FOIA data released by the State Department, U.S. student visa refusals for applications from every continent were studied and showed that the rate of refusal increased to more than one in two (54%) in 2022 for African students from 44% in 2015. By contrast, refusal rates were constantly under 10% in Europe and mostly under 35% in the rest of the world. In addition, seven in 10 applicants for a U.S. student visa from West Africa were refused.

Unfortunately, it appears that this trend continued in FY2023, with the following refusal rate increases for student visa applicants from the nationalities with the largest number of student visa applicants in Africa:

| FY 2022 and FY 2023 F-1 Refusal Rates By Nationality | | |
|---|---|---|
| **Nationality** | **FY 2022 Adjusted Refusal Rate** | **FY 2023 Adjusted Refusal Rate** |
| Congo, Democratic Republic (compared to 69% in 2018) | 60% | 69% |
| Ethiopia (compared to 49% in 2018) | 63% | 78% |
| Ghana (compared to 48% in 2018) | 61% | 63% |
| Kenya (compared to 43% in 2018) | 75% | 74% |
| Nigeria (compared to 77% in 2018) | 69% | 75% |
| South Africa (compared to 13% in 2018) | 13% | 17% |
| Zimbabwe (compared to 32% in 2018) | 31% | 47% |

These current refusal rates are especially noteworthy when compared to the student visa refusal rates in 2018, which certainly should not have been a more favorable environment for student visa applicants than what currently exists today.

As an additional example, if the 2023 student visa refusal data above is compared to countries with very similar per capita gross domestic products, it becomes evident that countries in Africa (such as Ghana, Kenya, and Nigeria) have substantially higher student visa refusal rates than similarly situated countries throughout the rest of the world [such as Bangladesh (63% refusal rate in 2023), Honduras (20% refusal rate in 2023), and Kyrgyzstan (52% refusal rate in 2023)].

As you know, the student visa program benefits the national security of the United States. It supports U.S. diplomacy by promoting people-to-people ties that create goodwill and mutual understanding, while also advancing the security of the American people. When these people-to-people ties are formed by international students in the United States, they strengthen our ability to build alliances and lasting relationships in government, business and trade, science, and innovation, as well as the arts and culture. International education also contributes significantly to the U.S. economy, job creation, and innovation.

Because of these benefits, it is critical that foreign students from Africa are treated similarly to foreign students from other parts of the world. There should be no reason that the State Department data should reflect such disparities among similarly situated countries.

Consequently, we ask that your consular affairs staff schedule a briefing with us to discuss what can and will be done in the future to make student visas for legitimate students from African countries as accessible and obtainable as they are for students from other parts of the world.

Thank you for considering this request. We look forward to working with you on this issue over the coming days and weeks.

Sincerely,

Gwen Moore
Member of Congress

Sheila Jackson Lee
Member of Congress

Sara Jacobs
Member of Congress