THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHORELIGHT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-02979-CJN |
| UNITED STATES DEPARTMENT OF STATE | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff SHORELIGHT, LLC, by and through its undersigned counsel, hereby gives notice that—as this matter has been satisfactorily resolved—the above captioned action is voluntarily dismissed without prejudice against the Defendant.

Dated: January 21, 2025         Respectfully submitted,

/s/ Leon Fresco
LEON FRESCO
HOLLAND & KNIGHT LLP
801 17th Street, NW, Suite 110
Washington, DC 20006
Telephone: (202)469-5129
Fax: (202)955-5564
Email: leon.fresco@hklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 21, 2025 a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ Leon Fresco